FILED'10 MAY 7 15:35USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STERLING SAVINGS BANK, a Washington stock savings bank, | 09-CV-452-AC |
| Plaintiff, | ORDER |
| v. | |
| JHM PROPERTIES, LLC, an Oregon limited liability company; JAMES GEORGE; JAY MOSES; and MARY JO MOSES, | |
| Defendants. | |

**CHARLES R. MARKLEY**
**DANIEL L. STEINBERG**
Greene & Markley, P.C.
1515 S.W. Fifth Avenue
Suite 600
Portland, OR 97201
(503) 295-2668

       Attorneys for Plaintiff

1 - ORDER

**TERRANCE J. SLOMINSKI**
Slominski & Associates
Commerce Plaza
7150 S.W. Hampton Street
Suite 201
Tigard, OR 97223
(503) 968-2505

        Attorneys for Defendants JHM Properties, LLC; Jay
        Moses; and Mary Jo Moses

**ALEX C. TRAUMAN**
Motschenbacher & Blattner, LLP
117 S.W. Taylor Street
Suite 200
Portland, OR 97204
(503) 417-0500

        Attorneys for Defendant James George

**BROWN, Judge.**

Magistrate Judge John V. Acosta issued Findings and Recommendation (#54) on February 17, 2010, in which he recommends the Court grant Plaintiff's Motion (#30) for Summary Judgment. Defendants filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

In their Objections, Defendants reiterate the arguments in

1 - ORDER

their Answers and Memoranda in Opposition to Plaintiff's Motion for Summary Judgment. This Court has carefully considered Defendants' Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#54) and, therefore, **GRANTS** Plaintiff's Motion (#30) for Summary Judgment.

IT IS SO ORDERED.

DATED this 4th day of May, 2010.

_____
ANNA J. BROWN
United States District Judge

1 - ORDER